IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| HENRY JOEL MENDIETA CHAVEZ, | : | |
| | : | |
| Petitioner, | : | |
| | : | |
| v. | : | Civil Action No. 25-6968 |
| | : | |
| Warden of Federal Detention Center Philadelphia; BRIAN MCSHANE, in his official capacity as Field Office Director of the Immigration and Customs Enforcement and Removal Operations, Philadelphia Field Office; TODD LYONS, in his official capacity as Acting Director of U.S. Immigration and Customs Enforcement; and KRISTI NOEM, in her official capacity as Secretary of the Department of Homeland Security, | : : : : : : : : : : : | |
| Respondents. | : | |

## **STIPULATION AND ORDER**

Petitioner is non-citizen who has been detained by immigration authorities and filed this action for writ of habeas corpus on December 11, 2025. (ECF No. 1). On today's date, Respondents were made aware of the petition; the undersigned attorney filed a notice of appearance (ECF No. 4); and Respondents advised the Court they would respond to the petition by or before January 9, 2026.

To expeditiously resolve the petition, the parties hereby stipulate and agree to waive oral argument and respectfully request that the petition for writ of habeas corpus be decided on the papers at the Court's earliest convenience.

                                                  Respectfully submitted,

                                                  DAVID METCALF
                                                  United States Attorney

| /s/ Frank B. Lindner, Esq. | /s/ Bryan C. Hughes |
|---|---|
| FRANK B. LINDNER, ESQ. | BRYAN C. HUGHES |
| Lindner & Lindner, P.C. | Assistant United States Attorney |
| 205 Floral Vale Blvd. | 615 Chestnut Street, Suite 1250 |
| Yardley, PA 19067 | Philadelphia, PA 19106 |
| Phone: (215) 579-9800 | Phone: (215) 861-8433 |
| Email: Lindner@comcast.net | Email: bryan.hughes@usdoj.gov |
| *Counsel for Petitioner* | *Counsel for Respondents* |

                                                  APPROVED AND SO ORDERED.

Dated: January 8, 2026                            _____
                                                MARY KAY COSTELLO
                                                United States District Court Judge