IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **HENRY JOEL MENDIETA CHAVEZ,**<br>　　　　*Petitioner*,<br><br>　　　v.<br><br>**BRIAN MCSHANE,** in his official capacity as Field Office Director of the Immigration and Customs Enforcement, Enforcement and Removal Operations Philadelphia Field Office, et al.,<br>　　　　*Respondents*. | Civ. No. 25-6968 |

## ORDER

**AND NOW**, this 16th day of January, 2026, upon consideration of the Petition for Writ of Habeas Corpus (ECF No. 1) of Henry Joel Mendieta Chavez, and the response and reply thereto, it is hereby **ORDERED** as follows:

　　1.　　The petition is **GRANTED** for the reasons stated in the accompanying memorandum.

　　2.　　Chavez is not subject to mandatory detention under 8 U.S.C. § 1225, and is instead subject to detention, if at all, under the discretionary provisions of 8 U.S.C. § 1226(a).

　　3.　　The Government shall **RELEASE** Chavez from custody immediately and certify compliance with this Order on the docket no later than 5:00 p.m. on January 17th, 2026.

　　4.　　The Government is temporarily enjoined from re-detaining Chavez for seven days following his release from custody.

　　5.　　If the Government chooses to pursue re-detention of Chavez after the seven-day period, it must first provide him with a bond hearing under 8 U.S.C. § 1226(a), at which a neutral

immigration judge shall determine whether detention is warranted pending the resolution of his removal proceedings.

                                              **BY THE COURT:**

                                              _/s/ Mary Kay Costello_
                                              MARY KAY COSTELLO
                                              United States District Judge