**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

|  |  |
|---|---|
| **HENRY JOEL MENDIETA CHAVEZ,**<br>    *Petitioner*,<br><br>    **v.**<br><br>**BRIAN MCSHANE,** in his official capacity as Field Office Director of the Immigration and Customs Enforcement, Enforcement and Removal Operations Philadelphia Field Office, et al.,<br>                *Respondents*. | **Civil No. 25-6968** |

## ORDER

**AND NOW**, this 11th day of June, 2026, upon consideration of the Respondents' Certification of Compliance (ECF No. 11), it is hereby **ORDERED** that the Clerk of Courts is directed to **CLOSE** this case.

BY THE COURT:

_____
MARY KAY COSTELLO
United States District Judge